UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DHI HOLDINGS, LP; AND BRANDON MENDENALL, | § § § § | CIVIL ACTION NO. 4:24-cv-03914 |
| **Plaintiffs**, | § § § § | JUDGE CHARLES ESKRIDGE |
| vs. | § § § | |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE OF SPARTAN FUNDING I TRUST; AND FAY SERVICING, LLC, | § § § § § § § § | |
| **Defendants.** | § | |

**JOINT REPORT – PURSUANT TO DOCKET #23**

Pursuant to the Court's Order (Doc. No. 23), Plaintiffs DHI Holdings, LP and Brandon Mendenhall (collectively, "Plaintiffs") and Defendant U.S. Bank National Association as Trustee of Spartan Funding I Trust ("U.S. Bank as Trustee") file this Joint Report, and would show the court.

The parties continue to engage in good faith discussions regarding potential settlement. As previously reported to the Court, this case is one of several pending matters between Plaintiff (or affiliates of Plaintiff) and Defendant Fay Servicing, LLC involving foreclosure-related disputes concerning residential investment

1

properties. The parties initially expressed optimism regarding the possibility of a global settlement that would resolve this case along with the other actions.

While a global resolution has not yet materialized due to the differing investors involved, progress has been made: two of the other related cases have been resolved. The parties remain hopeful that a global settlement can still be achieved or, alternatively, that this individual case may be resolved through further negotiations. In the meantime, the parties continue to confer regarding discovery and are committed to working cooperatively toward a resolution.

The parties will promptly advise the Court should a settlement be reached or if additional court intervention becomes necessary.

Respectfully submitted,

| | |
|---|---|
| 3/10/2025 | /s/ Jeffrey C. Jackson |
| Date | Jeffrey C. Jackson |
| | SBOT #24065485 |
| | S.D. Texas Bar No. 1024221 |
| | jeff@jacksonpllc.com |
| | 11767 Katy Fwy., Ste. 813, |
| | Houston, Texas 77079 |
| | Tel. 713-861-8833 |
| | Fax. 713-682-8866 |

| | |
|---|---|
| 3/10/2025 | */s/ Matthew K. Hansen*, w/p jcj |
| Date | **Robert T. Mowrey** |
| | Texas Bar No. 14607500 |
| | S.D. Texas Bar No. 9529 |
| | rmowrey@troutman.com |
| | **Matthew K. Hansen** |
| | Texas Bar No. 24065368 |
| | S.D. Texas Bar No. 1046257 |
| | mkhansen@troutman.com |
| | TROUTMAN PEPPER LOCKE |

LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2750
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**Helen O. Turner**
Texas Bar No. 24094229
S.D. Texas Bar No. 2924121
helen.turner@troutman.com
TROUTMAN PEPPER LOCKE LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1280
Facsimile: (713) 229-2501
**COUNSEL FOR U.S. BANK AS TRUSTEE**